WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Telephone (702) 475-7964
Fax (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-1,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMERHILLS OWNERS' ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02440-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SUMMERHILLS OWNERS' ASSOCIATION WITHOUT PREJUDICE**<br><br>ECF No. 14 |

Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-1 (hereinafter "Wilmington Trust"), and Defendant, Summerhills Owners' Association (hereinafter the "HOA"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Wilmington Trust filed its Complaint on September 18, 2017, alleging causes of action against the HOA in connection with the HOA Sale and the Property [ECF No. 1];

WHEREAS the HOA filed its Answer to Complaint on December 21, 2017 [ECF No. 6];

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the HOA shall be dismissed **without prejudice**;

IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation and order should be construed as intended to benefit any other party not identified as the parties hereto;

IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation and order is intended to be, or will be, construed as an admission of the claims or defenses of the parties;

IT IS FURTHER STIPULATED AND AGREED that each side will bear its own attorney's fees and costs through the date of entry of the Court's Order granting this Stipulation.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this 28th day of May, 2019. | DATED the 28th day of May, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | BOYACK ORME & ANTHONY |
| */s/ Paterno C. Jurani, Esq.* <br> Dana Jonathon Nitz, Esq. <br> Nevada Bar No. 0050 <br> Paterno C. Jurani, Esq. <br> Nevada Bar No. 8136 <br> 7785 West Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-1* | */s/ Michael VanLuven, Esq.* <br> Edward D. Boyack, Esq. <br> Nevada Bar No. 5229 <br> Michael VanLuven, Esq. <br> Nevada Bar No. 13975 <br> 7432 West Sahara Avenue, Suite 101 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendant, Summerhills Owners' Association* |

### ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against the Summerhills Owners' Association ARE DISMISSED with prejudice**, each side to bear its own fees and costs. This dismissal leaves only claims against non-appearing defendant Nevada Association Services (NAS). **Plaintiff has until June 18, 2019, to either (1) dismiss its claims against NAS or (2) obtain a clerk's default and file a motion for default judgment** against NAS, or the claims against NAS will be deemed abandoned and dismissed, and this case will be closed without further notice.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 28, 2019